# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RONALD HOFFMAN,** <br><br>　　　　　　　**Plaintiff,** <br><br>　　vs. <br><br> **CORRECT CARE SOLUTIONS, INC., and DOUGLAS COUNTY, NEBRASKA,** <br><br>　　　　　　　**Defendants.** | 8:20CV101 <br><br> **SECOND AMENDED CASE PROGRESSION ORDER** |

　　　　This matter is before the Court following a planning conference held with counsel for the parties on May 7, 2021, and on the Unopposed Motion to Amend Case Progression Deadlines ([Filing No. 57](#)).  After consideration of the motion and in accordance with the matters discussed during the planning conference, the Court finds good cause for the requested extensions.  Accordingly,

　　　　**IT IS ORDERED** that the Unopposed Motion to Amend Case Progression Deadlines ([Filing No. 57](#)) is granted, and the amended case progression order is amended as follows:

1) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **June 30, 2021**.

2) The deadline for filing motions to dismiss and motions for summary judgment is **August 13, 2021**.

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **August 31, 2021**.

4) Within 7-days after the Court rules on any dispositive motions the parties shall contact the undersigned chambers to schedule a planning conference to discuss the parties' interest in settlement, and the trial and pretrial conference settings.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 7th day of May, 2021.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge